| | |
|---|---|
| 1 | Robert J. Kent, CAB #250905<br>rjkent@fr.com |
| 2 | FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500 |
| 3 | Redwood City, CA 94063<br>Telephone: (650) 839-5070 |
| 4 | Facsimile: (650) 839-5071 |
| 5 | Attorney for Defendant<br>EXERGEN CORPORATION |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | | |
|---|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | | Case No. CV10-00966 JF |
| | Plaintiff, | **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | | |
| THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGAGE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTART AMERICAS INC., | | |
| | Defendants. | |

Heidi E. Harvey, whose business address and telephone number is Fish & Richardson, P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, (617) 542-5070, and who is an active member in good standing of the bar of the Commonwealth of Massachusetts, having

1  applied in the above-entitled action for admission to practice in the Northern District of California
2  on a *pro hac vice* basis, representing Exergen Corporation.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by Heidi E. Harvey must indicate appearance *pro*
5  *hac vice*. Service of papers upon and communication with co-counsel designated in the
6  application will constitute notice to the party. All future filings in this action are subject to the
7  requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 7/6, 2010

_____
Honorable Jeremy D. Fogel
United States District Court Judge

50721933.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

/s/ Robert J. Kent
Robert J. Kent

50721933.doc

3   AMENDED [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. CV10-00966 JF