| | |
|---|---|
| 1 | Robert J. Kent, CAB #250905 |
|   | rjkent@fr.com |
| 2 | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
| 3 | Redwood City, CA 94063 |
|   | Telephone: (650) 839-5070 |
| 4 | Facsimile: (650) 839-5071 |
| 5 | Attorney for Defendant |
|   | EXERGEN CORPORATION |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | | |
|---|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | | Case No. CV10-00966 JF |
| Plaintiff, | | **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | | |
| THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGAGE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTART AMERICAS INC., | | |
| Defendants. | | |

Thomas A. Brown, whose business address and telephone number is Fish & Richardson, P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, (617) 542-5070, and who is an active member in good standing of the bar of the Commonwealth of Massachusetts, having

applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Exergen Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by Thomas A. Brown must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 7/6 , 2010

_____
Honorable Jeremy D. Fogel
United States District Court Judge

50720769.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

          /s/ Robert J. Kent
          Robert J. Kent

50721929.doc