**E-Filed 7/22/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC.,<br><br>　　　　　　Defendants. | Case Number 10-CV-00966 JF (PVT)<br><br>**JUDGMENT FOR DEFENDANT EXERGEN CORPORATION[1]** |

---

[1] This disposition is not designated for publication in the official reports.

Defendant Exergen Corporation's motion to dismiss having been granted and pursuant to Fed. R. Civ. P. 54(b), IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action against Exergen be dismissed on the merits.

**IT IS SO ORDERED.**

DATED: 7/22/2010

_____
JEREMY FOGEL
United States District Judge